ORIGINAL

BRUCE F. SHERMAN  5996
Attorney at Law
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944
E-mail: failey52@hawaii.rr.com

Attorney for Plaintiff
JULIETTE PASION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 3 2006

at __8__o'clock and __30__min.__A__M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JULIETTE PASION, | ) | CIVIL NO. 04-00687 DAE/KSC |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SECOND STIPULATION OF |
| | ) | PARTIES TO EXTEND THE TIME |
| ASSOCIATION OF APARTMENT | ) | TO IDENTIFY EXPERT |
| OWNERS OF SANDPIPER | ) | WITNESSES AND ORDER |
| VILLAGE I and JOHN or JANE | ) | |
| DOES/DOE ENTITIES 1-10 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | TRIAL:    June 20, 2006 |

SECOND STIPULATION OF PARTIES TO EXTEND THE TIME TO
IDENTIFY EXPERT WITNESSES AND ORDER


The parties to this matter, by and through their respective counsel of record,

hereby stipulate that the time set for the Plaintiffs to disclose the identity and

written report of experts shall be extended from December 22, 2005 to January

30, 2006 and the time set for Defendants to disclose the identity and written reports shall be extended from January 22, 2006 to February 28, 2006. The disclosure deadlines for the identity and written reports of experts solely to contradict or rebut shall also correspondingly be extended.

DATED: Honolulu, Hawaii, _December 29_, 2005.

_Bruce F. Sherman_
BRUCE F. SHERMAN
Attorneys for Plaintiff
JULIETTE PASION

_Kevin P.H. Sumida_
KEVIN P.H. SUMIDA
MARILYN S.H. NAITOH
Attorneys for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF SANDPIPER
VILLAGES

## ORDER

IT IS HEREBY ORDERED THAT the time set for the Plaintiffs to disclose the identity and written report of experts shall be extended from December 22, 2005 to January 30, 2006 and the time set for Defendants to disclose the identity and written reports shall be extended from January 22, 2006 to February 28, 2006. The disclosure deadlines for the identity and written reports of experts solely to contradict or rebut shall also correspondingly be extended.

DATED: Honolulu, Hawaii, _____December 29_____, 200 5

_____
JUDGE KEVIN S.C. CHANG

SECOND STIPULATION OF PARTIES TO EXTEND THE TIME TO NAME
EXPERT WITNESSES AND ORDER; Pasion v. AOAO Sandpiper Villages et
al.; U.S.D.C. CV 04-687 DAE/KSC; Page 3 of 3