# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/3/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV04-00687DAE-KSC

CASE NAME: Juliette Pasion v. Association of Apartment Owners of Sandpiper Village I

ATTYS FOR PLA: Bruce Sherman

ATTYS FOR DEFT: Kevin Sumida

INTERPRETER:

JUDGE: Kevin S. C. Chang        REPORTER: C5 - no record

DATE: 1/3/2006                  TIME: 9:10-9:15am

COURT ACTION:  EP: Further Status Conference.  Counsel have reached an agreement on all terms except for the money.  Defendant has direction from their personal counsel to file a Motion for Summary Judgment

Dismissal deadline set 2/1/06

Once the Board meets, counsel to contact the court to set up an Early Settlement Conference for the coverage case.  If no settlement, counsel to proceed with cross motions

Counsel also agree to extend the Dispositive Motions deadline to 2/21/06

Submitted by: Shari Afuso, Courtroom Manager