# ORIGINAL

Of Counsel:
MATSUI CHUNG SUMIDA & TSUCHIYAMA
A Law Corporation

PAUL K. HOSHINO          3800-0
Suite 1400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 536-3711
Facsimile No. (808) 599-2979
E-mail: info@triallawhawaii.com

Attorneys for Defendant
ASSOCIATION OF
APARTMENT OWNERS
OF SANDPIPER VILLAGE I

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 0 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

# LODGED

JAN 1 8 2006

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION, | ) CIVIL NO. 04 00687 DAE/KSC |
| | ) (Civil Rights Violation) |
| Plaintiff, | ) |
| | ) WITHDRAWAL AND |
| vs. | ) APPEARANCE OF COUNSEL FOR |
| | ) DEFENDANT ASSOCIATION OF |
| | ) APARTMENT OWNERS OF |
| ASSOCIATION OF APARTMENT | ) SANDPIPER VILLAGE I AND |
| OWNERS OF SANDPIPER | ) ORDER; CERTIFICATE OF |
| VILLAGE I and JOHN or JANE | ) SERVICE |
| DOES/DOE ENTITIES 1-10, | ) |
| | ) |
| Defendants. | ) Trial: June 20, 2006 |
| | ) |

## WITHDRAWAL AND APPEARANCE OF COUNSEL FOR DEFENDANT ASSOCIATION OF APARTMENT OWNERS OF SANDPIPER VILLAGE I AND ORDER

Comes now the law firm of MATSUI CHUNG SUMIDA & TSUCHIYAMA, attorneys for Defendant ASSOCIATION OF APARTMENT OWNERS OF SANDPIPER VILLAGE I, pursuant to Rule 83.6 of the Rules of the United States District Court for the District of Hawaii, and hereby withdraws as counsel for Defendant ASSOCIATION OF APARTMENT OWNERS OF SANDPIPER VILLAGE I; and

Comes now the law firm of SUMIDA & TSUCHIYAMA, and hereby enters its appearance as counsel for Defendant ASSOCIATION OF APARTMENT OWNERS OF SANDPIPER VILLAGE I.

Trial in this matter is scheduled to commence the week of June 20, 2006.

MATSUI CHUNG SUMIDA & TSUCHIYAMA

Dated at Honolulu, Hawaii,     JAN 1 8 2006

PAUL K. HOSHINO
Withdrawing Counsel for
Defendant ASSOCIATION OF
APARTMENT OWNERS OF
SANDPIPER VILLAGE I

SUMIDA & TSUCHIYAMA

Dated at Honolulu, Hawaii,                JAN 1 8 2006
_____

_____
KEVIN P.H. SUMIDA
ANTHONY L. WONG
Appearing Counsel for
Defendant ASSOCIATION OF
APARTMENT OWNERS OF
SANDPIPER VILLAGE I


APPROVED AND SO ORDERED:


_____
JUDGE OF THE ABOVE-ENTITLED COURT


Juliette Pasion vs. Association of Apartment Owners of Sandpiper Village I; Civil
No. 04 00687 DAE/KSC; Withdrawal and Appearance of Counsel for Defendant
Association of Apartment Owners of Sandpiper Village I and Order.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JULIETTE PASION, | ) | CIVIL NO. 04 00687 DAE/KSC |
| | ) | (Civil Rights Violation) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| ASSOCIATION OF APARTMENT | ) | |
| OWNERS OF SANDPIPER | ) | |
| VILLAGE I and JOHN or JANE | ) | |
| DOES/DOE ENTITIES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was duly served on

the following attorney(s) by hand delivering same or by placing the same in the

United States mail, postage prepaid, on _____JAN 1 8 2006_____.

> BRUCE F. SHERMAN, ESQ
> 1164 Bishop Street, Suite 124
> Honolulu, Hawaii 96813
> Attorney for Plaintiff

DATED: HONOLULU, HAWAII, _____JAN 1 8 2006_____

_____
PAUL K. HOSHINO
Attorney for Defendant
ASSOCIATION OF
APARTMENT OWNERS
OF SANDPIPER VILLAGE I