Of Counsel:
SUMIDA & TSUCHIYAMA
A Limited Liability Law Company

KEVIN P. H. SUMIDA      2544-0
ANTHONY L. WONG        6018-0
735 Bishop Street, Suite 411
Honolulu, Hawaii  96813
Telephone No. (808)356-2600
Fax No.  (808) 356-2609
E-Mail:  ksumida@sthawaii.com
         awong@sthawaii.com

Attorneys for Defendant
ASSOCIATION OF
APARTMENT OWNERS
OF SANDPIPER VILLAGE I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION, | CIVIL NO. 04 00687 DAE/KSC |
| | (Civil Rights Violation) |
| Plaintiff, | |
| | STIPULATION FOR DISMISSAL |
| vs. | WITH PREJUDICE OF ALL |
| | CLAIMS AND PARTIES; ORDER |
| ASSOCIATION OF APARTMENT OWNERS OF SANDPIPER VILLAGE I and JOHN or JANE DOES/DOE ENTITIES 1-10, | |
| Defendants. | |

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ALL CLAIMS AND PARTIES

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties described hereinbelow, through their respective counsel, hereby stipulate that the Complaint filed herein be dismissed with prejudice, each party to bear his/her own costs and attorney's fees.

This stipulation is signed by or on behalf of all appearing parties hereunder described. No Doe defendants were identified or represented in this case. There are no remaining parties and/or issues.

Trial has been scheduled for June 20, 2006.

DATED: HONOLULU, HAWAII, March 3, 2006.

*/s/ Bruce F. Sherman*
BRUCE F. SHERMAN
Attorney for Plaintiff
JULIETTE PASION

DATED: HONOLULU, HAWAII, March 3, 2006.

*/s/ Anthony L. Wong*
KEVIN P. H. SUMIDA
ANTHONY L. WONG
Attorneys for Defendant
ASSOCIATION OF
APARTMENT OWNERS
OF SANDPIPER VILLAGE I

IT IS SO ORDERED:

DATED: Honolulu, Hawaii, March 7, 2006.



_____
David Alan Ezra
United States District Judge

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Juliette Pasion v. Association of Dwelling Apartment Owners of Sandpiper Village, et al., Civil No. CV04 00687 DAE/KSC **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES**